## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wilton Rodriquez<br><br>　　　　　　　　　Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>　　　　　　　　　Movant<br>vs.<br><br>Wilton Rodriquez<br>　　　　　　　　　Debtor(s)<br><br>Kenneth E. West Esq.<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 18-10163 MDC<br><br><br><br><br><br>11 U.S.C. Section 362 |

### MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
### TO APPROVE LOAN MODIFICATION

1.　　Movant is NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER.

2.　　Debtor(s) is the owner(s) of the premises 6721 Large Street , Philadelphia, PA 19149, hereinafter referred to as the mortgaged premises.

3.　　Movant is the holder of a mortgage, original principal amount of $166,500.00 on the mortgaged premises that was executed on October 21, 2005 . Said mortgage was recorded on December 15, 2005 in Document ID 51338623. The Mortgage was subsequently assigned to Movant by way of Assignment of Mortgage recorded on April 12, 2019, in Document ID 53499922 in Philadelphia  County.

4.　　 Kenneth E. West Esq., is the Trustee appointed by the Court.

5.　　Debtor has applied and been approved for a Loan Modification Agreement with Movant. The Loan Modification is attached hereto as Exhibit "A".

6.　　Movant seeks Court approval of the Loan Modification by way of the within Motion.

7.　　Approval and recordation (if applicable) of the Loan Modification shall not constitute a violation of the automatic stay.

8.　　Upon Court approval of the within Motion, Movant shall file an Amended Proof of Claim to reflect the Loan Modification within thirty (30) days of the entry of any such Order.

WHEREFORE, Movant prays that an Order be entered approving the Loan Modification Agreement and allowing for the recordation of such agreement (if applicable).

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322