**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Wilton Rodriquez<br>　　　　　　　　　Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>　　　　　　　　　Movant<br>　vs.<br><br>Wilton Rodriquez<br>　　　　　　　　　Debtor(s)<br><br>Kenneth E. West Esq.<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 18-10163 MDC<br><br><br><br><br>11 U.S.C. |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER to Approve Loan Modification and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on January 26, 2022, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Wilton Rodriquez
6721 Large Street
Philadelphia, PA 19149

Attorney for Debtor(s)
Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of the US Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Date: January 26, 2022

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322