**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Wilton Rodriguez, | : | |
| Debtor. | : | Bankruptcy No. 18-10163-MDC |

# O R D E R

**AND NOW**, this 22nd day of February 2022, it is hereby **ORDERED** that if Wilton

Rodriguez (the "Debtor") and Nationstar Mortgage LLC d/b/a Mr. Cooper ("Mortgagee") elect

to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor

and Mortgagee may do so without there being any violation of the bankruptcy stay, or the

provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the

Debtor shall (1) amend Schedules I and J to reflect any increase in monthly disposable income as

a result of the loan modification, and (2) file an amended Chapter 13 plan reflecting the loan

modification.

_Magdeline D. Coleman_
_____

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912