Certificate Number: 03088-PAE-DE-037431282

Bankruptcy Case Number: 18-10163



03088-PAE-DE-037431282

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 15, 2023, at 5:34 o'clock PM CDT, Wilton Rodriguez completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 15, 2023            By:   /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor