United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10163-mdc |
| Wilton Rodriquez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 16, 2023 | Form ID: 138OBJ | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilton Rodriquez, 6721 Large Street, Philadelphia, PA 19149-2123 |
| 14038200 | + | Deutsche Bank National Trust, Care of JSDC Law Offices, PO Box 650, Hershey, PA 17033-0650 |
| 14076884 | + | Deutsche Bank National Trust Company, et al, Franklin Credit Management, PO Box 2301, Jersey City, NJ 07303-2301 |
| 14292511 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14611276 | + | Nationstar Mortgage, LLC d/b/a Mr. Cooper, c/o Rebecca Solarz, Esq, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14038206 | + | Raymour & Flanigan, Attn: Legal Dept, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 14038207 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 Sw Millikan Way St, Beavertton, OR 97005 |
| 14077292 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143-1047 |
| 14320163 | + | Towd Point Mortgage Trust 2019, US Bank National Association, c/o Christopher M. McMonagle, Esq., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14243776 | + | U.S. Bank Trust National Association, c/o Christopher M. McMonagle, Esquire, 1581 Main Street, Suite 200, The Shops at Vallley Square, Warrington, PA 18976-3403 |
| 14299443 | + | US Bank Trust National Association, c/o Christopher M. McMonagle, Esq., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 17 2023 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2023 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14196671 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2023 00:14:00 | Americredit Financial Services, Inc., d/b/a GM Financial, c/o Mandy Youngblood, PO Box 183853, Arlington, TX 76096 |
| 14072455 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2023 00:14:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14038196 | ^ | MEBN | May 17 2023 00:09:15 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 14038194 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2023 00:14:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 14038195 | + | Email/PDF: bncnotices@becket-lee.com | May 17 2023 00:25:23 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14038198 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2023 00:14:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 14069687 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |

Case 18-10163-mdc   Doc 112   Filed 05/18/23   Entered 05/19/23 00:33:04   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: 138OBJ | Total Noticed: 39 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 17 2023 00:14:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa, FL 33631-3785 |
| 14038199 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2023 00:26:01 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14038201 | + | Email/Text: bknotice@ercbpo.com | May 17 2023 00:15:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14038202 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 17 2023 00:26:23 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14038203 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 00:25:15 | LVNV Funding LLC, P.O. Box 740281, Houston, TX 77274-0281 |
| 14071781 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 00:15:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14610996 | | ^ MEBN | May 17 2023 00:09:16 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14343920 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2023 00:14:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14038204 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 17 2023 00:14:00 | Nissan Motor Acceptance, Po Box 660360, Dallas, TX 75266-0360 |
| 14040449 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 17 2023 00:14:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14056151 | | Email/PDF: cbp@onemainfinancial.com | May 17 2023 00:25:16 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14038205 | + | Email/PDF: cbp@onemainfinancial.com | May 17 2023 00:25:18 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14222028 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2023 00:25:15 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14060042 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 17 2023 00:15:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14312629 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2023 00:15:00 | Select Portfolio Servicing, Inc., et al, PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 14038208 | + | Email/Text: bankruptcy@sw-credit.com | May 17 2023 00:15:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14038209 | | Email/Text: bankruptcy@td.com | May 17 2023 00:15:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 14771308 | + | Email/Text: mtgbk@shellpointmtg.com | May 17 2023 00:14:00 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14264021 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2023 00:15:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14052981 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 17 2023 00:26:35 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14098936 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address |

| | | |
|---|---|---|
| 14038197 | *+ | filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

**Name**                           **Email Address**

BRAD J. SADEK
    on behalf of Debtor Wilton Rodriquez brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN E. CAINE
    on behalf of Creditor Deutsche Bank National Trust Company Et Al... bcaine@parkermccay.com,
    BKcourtnotices@parkermccay.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2018-PM17
    cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor Towd Point Mortgage Trust 2019-2 et al cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor Select Portfolio Servicing Inc., et al cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor U.S. Bank Trust National Association et al c/o Select Portfolio Servicing Inc.
    cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

DANIEL P. JONES
    on behalf of Creditor Towd Point Mortgage Trust 2019-2 et al djones@sterneisenberg.com, bkecf@sterneisenberg.com

HEATHER STACEY RILOFF
    on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"),
    logsecf@logs.com, Michelle@mvrlaw.com

JEROME B. BLANK
    on behalf of Creditor BANK OF AMERICA N.A. jblank@pincuslaw.com

JEROME B. BLANK
    on behalf of Creditor Bank Of America N.A. jblank@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

ROGER FAY
    on behalf of Creditor Nationstar Mortgage LLC rfay@milsteadlaw.com bkecf@milsteadlaw.com

ROGER FAY
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rfay@milsteadlaw.com bkecf@milsteadlaw.com

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: May 16, 2023 | Form ID: 138OBJ | Total Noticed: 39

THOMAS SONG
    on behalf of Creditor BANK OF AMERICA N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Wilton Rodriquez

        Debtor(s)                        Case No: 18−10163−mdc

                                                Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                        900 Market Street
                          Suite 400
                      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/16/23