**Fill in this information to identify the case:**

Debtor 1_____Wilton Rodriquez_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of Pennsylvania
                                                                               (State)

Case number   18-10163-mdc

---

Official Form 410S1

# Notice of Mortgage Payment Change                                                            12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** Towd Point Mortgage Trust 2019-2, U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. | **Court claim no.** (if known): 5 |
| **Last 4 digits** of any number you use to identify the debtor's account:   1713 | **Date of payment change:** Must be at least 21 days after date of this notice    05/25/2020 |
| | **New total payment:**   $ 161.43<br>Principal, interest, and escrow, if any |

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☒ No
☐ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

   **Current escrow payment:**      $ _____         **New escrow payment:**                                 $ _____

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☐ No
☒ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____
_____

   **Current interest rate**         5.7500%         **New interest rate:**          4.2500 %

   **Current principal and interest payment:**  $ 174.06        **New principal and interest payment:**       $ 161.43

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes.    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
Reason for change: _____
   **Current mortgage payment:** $ _____      **New mortgage payment:** $ _____

---

| Debtor 1 | Wilton Rodriquez | | | Case number (*if known*) 18-10163-mdc |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

/s/Daniel P. Jones                                                          Date May 4, 2020
Signature

Print:    Daniel P. Jones, Bar ID# 321876                        Title: Attorney for Creditor
            First Name            Middle Name        Last Name

Company    Stern & Eisenberg, P.C.

Address    1581 Main Street, Suite 200 The Shops at Valley Square
                Number            Street

                Warrington, PA 18976
                City                                        State        ZIP Code

Contact phone 215-572-8111            Email    djones@sterneisenberg.com

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Payment Change was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

DATE:    May 4, 2020

| | |
|---|---|
| Brad J Sadek | William C. Miller, Esq. |
| Sadek and Cooper | Chapter 13 Trustee |
| 1315 Walnut Street, Suite 502 | P.O. Box 1229 |
| Philadelphia, PA 19107 | Philadelphia, PA 19105 |
| brad@sadeklaw.com | ecfemails@ph13trustee.com |
| **Counsel for Debtor** | **Bankruptcy Trustee** |

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Wilton Rodriquez
6721 Large Street
Philadelphia, PA 19149
**Debtor(s)**

          /s/ Daniel P. Jones
By: Daniel P. Jones, Bar No: 321876
Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: 215-572-8111
Fax: (215) 572-5025
Counsel for Movant



April 29, 2020



WILTON RODRIGUEZ
6721 LARGE ST
PHILADELPHIA, PA 19149

**Account Number:**
**Property Address:**    6721 LARGE ST
PHILADELPHIA, PA 19149

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is committed to providing you with the information you need to manage the account's home mortgage payments.

**CHANGES TO THE MORTGAGE INTEREST RATE AND PAYMENTS ON 05/25/2020.**

Under the terms of the account's Adjustable-Rate Mortgage, you had a 1 month period during which the interest rate and principal and interest payment remained the same. The interest rate initially changed on 01/25/2019 and may change every 1 month(s) for the life of the mortgage. The rate is scheduled to change again on 05/25/2020 with a corresponding payment change on 06/25/2020.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 5.75000% | 4.25000% |
| Principal | $92.17 | $101.23 |
| Interest | $81.89 | $60.20 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| **Total Monthly Payment** | $174.06 | $161.43 Due 05/25/2020 |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 3.25000% and the margin is 1.00000%. The index is the WALLSTREET JOURNAL PRIME FIRST BUS DAY and is published MONTHLY IN THE WALLSTREET JOURNAL.

**Rate Limits:** The rate cannot go higher than 18.00000% or less than 0.00000% over the life of the loan.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new payment is based on the WALLSTREET JOURNAL PRIME FIRST BUS DAY, the margin, rounding of 0.00000%, the account balance of $16,997.59, and the remaining amortized loan term of 132 months.

Please note that if you are currently set up on our automatic withdrawal program (ACH), the monthly payment will change to match the amount provided in this notice. This change will be made as of the first scheduled automatic payment after the date this payment change is effective.

**Prepayment Penalty**: None

If you seek an alternative to the changes to the interest rate and payment, the following options may be possible (subject to lender approval):
- Refinance the loan with another lender;
- Sell your home and use the proceeds to pay off the current loan;
- Modify the loan terms with us;
- Payment forbearance, which temporarily gives you more time to pay the monthly payment.

Please contact our Customer Service Department toll-free at 800-258-8602 for more information. Representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like to speak with a HUD approved housing counselor, you may call the Homeowner's HOPE™ Hotline 888-995-HOPE (4673) or visit HUD's website at https://apps.hud.gov/offices/hsg/sfh/hcc/fc/ to find an available counseling agency. The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**